ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:     (562) 435-2626
Telecopier:    (562) 437-7555
Email:         erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:     (415) 693-5566
Telecopier:    (415) 693-0410
Email:         contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. | Case No.: CV 10 5586 SC |
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION CUTOFF** |
| vs. | |
| CENTURION LOGISTICS MANAGEMENT; ALLIED TRANSPORT SYSTEM (USA) INC.; and DOES 1 through 20, | |
| Defendants. | |

**TO ALL PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:**

This case has been referred to Court-annexed mediation. The first appointed mediator was unable to act due to potential conflict of interest. The second appointed mediator, John Skelton, has conducted an initial phone conference with the parties and it was determined that mediation sometime in July (tentatively scheduled for July 14th) was appropriate. However, this proposed

---

date is past the currently-set mediation cutoff. The parties therefore respectfully request that mediation cutoff be extended to and including July 29, 2011, to allow for mediation on or about July 14, 2011, with some flexibility for rescheduling.

DATED: May 4, 2011      FLYNN, DELICH & WISE LLP

By: _____/s/_____
    Erich P. Wise
    Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

DATED: May 4, 2011      RUSSELL, MIRKOVICH & MORROW

By: _____/s/_____
    Joseph Mirkovich
    Anne Grignon
Attorneys for Defendants
CENTURION LOGISTICS MANAGEMENT; ALLIED TRANSPORT SYSTEM (USA) INC.

## [PROPOSED] ORDER

Pursuant to stipulation and good cause having been shown thereby, IT IS SO ORDERED.

Dated: May 5, 2011

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti* (stamp/seal, United States District Court, Northern District of California)

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566