**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | No. C10-5586-SC (JSC) |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION TO COMPEL (DKT. NO. 85)** |
| v. | |
| CENTURION LOGISTICS MANAGEMENT, et al., | |
| Defendants. | |

Plaintiff's motion to compel (Dkt. No. 85) was referred to this Court for decision. The Court held a telephonic conference with all the parties on January 31, 2012. Defendants have produced documents and witnesses responsive to Plaintiff's discovery requests and have agreed to produce any additional responsive documents they possess and to produce responsive 30(b)(6) witnesses. Accordingly, the Court will defer any ruling on the motion until Plaintiff notifies the Court that a dispute remains.

**IT IS SO ORDERED.**

Dated: January 31, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE