**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   MITSUI O.S.K. LINES, LTD.,                          No. C10-5586-SC (JSC)

11                      Plaintiff,               **ORDER RE: PROTECTIVE ORDER
                                                 STIPULATION WITH PROPOSED
12          v.                                   ORDER (Dkt. No. 96)**

13   CENTURION LOGISTICS
     MANAGEMENT, et al.,

14                      Defendants.
                                              /
15

16          The Court is in receipt of a Stipulation With Proposed Order filed by the parties. (Dkt.

17   No. 96.)  The stipulation references Section 12.3 in the opening paragraph in connection with

18   the application of Local Rule 79-5; however, no Section 12.3 exists in the document. And

19   Section 10.3 does not reference Local Rule 79-5.  Accordingly, the proposed protective order

20   is ambiguous as to the application of Local Rule 79-5 to confidential information.  The Court

21   will consider a revised stipulation that clarifies this issue.

22          **IT IS SO ORDERED.**

23

24
                                                   _Jacqueline S. Corley_
25   Dated:  April 23, 2012                        JACQUELINE SCOTT CORLEY
                                                   UNITED STATES MAGISTRATE JUDGE
26
27
28