1

2

3

4

5

6

7

8

9

10

11

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. | Case No.: CV 10 5586 SC |
| Plaintiff, | **[PROPOSED] ORDER TO TAKE MOTIONS OFF CALENDAR AND TO SEAL DOCUMENTS** |
| vs. | |
| CENTURION LOGISTICS MANAGEMENT; ALLIED TRANSPORT SYSTEM (USA) INC.; and DOES 1 through 20, | |
| Defendants. | |

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties filed on June 4, 2012, and good cause having been

shown thereby, it is hereby ordered that MITSUI O.S.K. LINES, LTD.'s motion for sanctions and

UNION LOGISTICS, INC.'s motion for summary judgment, both set for hearing June 22, 2012,

are taken off calendar.

It is further ordered Docket Number 103 should remain under seal and that the unredacted

version of the document filed under Docket Number 106 which was submitted to this Court shall

be filed under seal.

IT IS SO ORDERED

Judge Samuel Conti

_____

-1-

[PROPOSED] ORDER RE MOTIONS
Case No.: CV 10 5586 SC

-2-

1    IT IS SO ORDERED.

2    Dated: _____

3

4                                          _____
                                           UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

[PROPOSED] ORDER RE MOTIONS
Case No.: CV 10 5586 SC