ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:    (562) 435-2626
Telecopier:   (562) 437-7555
Email:        erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:    (415) 693-5566
Telecopier:   (415) 693-0410
Email:        contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.<br><br>   Plaintiff,<br><br>vs.<br><br>CENTURION LOGISTICS MANAGEMENT; ALLIED TRANSPORT SYSTEM (USA) INC.; CENTURION LOGISTICS SERVICES, LTD.; UNION LOGISTICS, INC. and DOES 1 through 20,<br><br>   Defendants. | Case No.: CV 10 5586 SC<br><br>**NOTICE OF SETTLEMENT, INTENT TO PROVE UP DEFAULT JUDGMENT, AND REQUEST TO VACATE TRIAL DATE**<br><br>Complaint Filed: December 9, 2010<br><br>Trial Date: August 1, 2012 |

Plaintiff Mitsui O.S.K. Lines, Ltd. ("MOL") has now reached settlement with all appearing parties and has submitted dismissals with respect to same.  Two of those dismissals include a limited retainer of jurisdiction as set forth in the conditional dismissals thereof.  With respect to the sole remaining defendant, in default, CENTURION LOGISTICS SERVICES, LTD., MOL

intends to submit an application for entry of default judgment in the near term, and has reserved a hearing date in that regard. MOL accordingly respectfully requests that the trial date of August 1, 2012, and pretrial conference of July 27, 2012, be vacated.

DATED: July 20, 2012

FLYNN, DELICH & WISE LLP

By: _____
Erich P. Wise
Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.



IT IS SO ORDERED
Judge Samuel Conti
7/24/12

-2-

NOTICE OF SETTLEMENT
Case No.: CV 10 5586 SC