IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br>          Plaintiff, <br><br>     v. <br><br> ALLIED TRANSPORT SYSTEM (USA), INC.; CENTURION LOGISTICS MANAGEMENT; CENTURION LOGISTICS SERVICES, LTD.; UNION LOGISTICS, INC.; and DOES 1 through 20, <br><br>          Defendants. | Case No. 10-cv-5586-SC <br><br> ORDER DENYING APPLICATION FOR DEFAULT JUDGMENT <u>WITHOUT PREJUDICE</u> |

The Court hereby DENIES WITHOUT PREJUDICE the application of Plaintiff Mitsui O.S.K. Lines, Ltd. for default judgment against Defendant Centurion Logistics Services, Ltd.  ECF No. 133 ("App."). Though Plaintiff has perfected service of process on Defendant, <u>see</u> ECF No. 88, the record does not disclose that Plaintiff has served Defendant with the pending Application.  In that Application, Plaintiff seeks damages of $1,918,348.60.  Before the Court will exercise its discretion to award such significant damages, the Court wishes to see proof that Plaintiff has served Defendant with the Application and supporting papers.  <u>See</u> <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (setting forth factors guiding

district court's exercise of discretion in entering default judgment, including "the sum of money at stake in the action" and absence of "excusable neglect"); cf. Shanghai Automation Instrument Co., Ltd. v. Kuei, 194 F. Supp. 2d 995, 1005 (N.D. Cal. 2001) (finding absence of excusable neglect because defendant had been "properly served with the Complaint, the notice of entry of default, as well as the papers in support of the [application for default judgment]"); Bd. of Trustees v. Core Concrete Const., Inc., 11-3259 SC, 2012 WL 525553, at *6 (N.D. Cal. Feb. 16, 2012) (same).

    Within twenty-one (21) days of the signature date of this Order, Plaintiff shall file proof that (a) this Order and (b) the pending Application for Default Judgment, as well as supporting papers, have been served on Defendant. The Court will allow ten (10) days from the date of such service for Defendant to file a response. After the ten-day period elapses, the Court will reconsider Plaintiff's Application. Plaintiff need not resubmit the Application or renotice it for hearing; the matter will be resolved on the papers submitted.

    IT IS SO ORDERED.

Dated: December 27, 2012

UNITED STATES DISTRICT JUDGE