IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEAMASTER LOGISTICS, INC., SUMMIT LOGISTICS INTERNATIONAL, INC., KESCO CONTRAINER LINE, INC.; KESCO SHIPPING, INC., and DOES 1 through 20, <br><br> Defendants. | Case Nos. 11-cv-02861-SC <br> 10-cv-05591-SC <br><br> ORDER TO SHOW CAUSE |

Now pending before the Court in the action captioned <u>Mitsui O.S.K. Lines, Ltd. v. Centurion Logistics Mgmt. et al.</u>, Case No. 10-cv-5586-SC, is Plaintiff Mitsui O.S.K. Lines, Ltd.'s ("Plaintiff") Application for Default Judgment against Defendant Centurion Logistics Services, Ltd. ("Centurion"). ECF No. 133 ("Appl."), <u>Mitsui v. Centurion</u>, No. 10-cv-5586-SC. Plaintiff seeks $918,348.60 in unpaid freight and $1,000,000 in falsified trucking charges against Centurion, which was not a named defendant in the above-captioned cases (the "Decided Cases").

On March 27, 2013, the Court ordered Plaintiff to provide supplemental briefing in its application for default judgment in

Mitsui v. Centurion. No. 10-cv-5586-SC, ECF No. 145 ("Mar. 27 Order"). The Court requested that Plaintiff explain (1) whether the damages they request against Centurion would result in a double recovery for Plaintiff given the judgment in this action, and (2) whether there are any grounds for finding joint and several liability in this matter and Mitsui v. Centurion's default judgment, if it is entered. Id. at 1-2. Plaintiffs did so. Mitsui v. Centurion, No. 10-cv-5586-SC, ECF No. 146 ("Response to Mar. 27, 2013 Order").

At this point, despite Plaintiffs' additional briefing, the Court is not inclined to enter default judgment in Mitsui v. Centurion without permitting Defendants in this action to submit their own briefs on the two issues listed above. Accordingly, the Court gives Defendants leave to file oppositions to Plaintiff's application for default judgment in Mitsui v. Centurion. These briefs are due no later than May 17, 2013, and should be no longer than ten pages. The parties should be prepared to discuss this matter at the hearing on attorneys' fees now scheduled for May 24, 2013.

IT IS SO ORDERED.

Dated: April 17, 2013

_____
UNITED STATES DISTRICT JUDGE

2