IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEAMASTER LOGISTICS, INC., SUMMIT LOGISTICS INTERNATION, INC., KESCO CONTRAINER LINE, INC.;, KESCO SHIPPING, INC., and DOES 1 through 20, <br><br> Defendants. | Case Nos. 11-cv-02861-SC <br>            10-cv-05591-SC <br><br> ORDER VACATING STATUS CONFERENCE AND SETTING BRIEFING SCHEDULE |

On March 21, 2013, following a trial, the District Court issued its Findings of Facts and Conclusions of Law in a single opinion covering two consolidated cases: the "Freight Case" (No. 10-cv-05591-SC) and the "Trucking Case" (No. 11-cv-2861-SC). Defendants SeaMaster and Summit appealed the Judgment in the Trucking Case, and Plaintiff Mitsui O.S.K. Lines ("MOL") cross-appealed. On July 6, 2015, the Ninth Circuit issued a Memorandum Disposition affirming the finding of misrepresentation against SeaMaster and Summit, reversing the damages award to MOL and remanding for recalculation, reversing the award of attorney's fees to MOL, reversing the dismissal of MOL's RICO claim and remanding the RICO issues for further proceedings, and affirming the Court's conclusions on alleged co-conspirator liability.

On August 14, 2015, the parties issued a joint case management

statement.  ECF No. 337.  The joint statement requests that the Court set the following briefing schedule for the issues pending on remand:

- MOL and SeaMaster/Summit to file simultaneous opening briefs on the issues pending on remand by September 4, 2015
- MOL and SeaMaster/Summit to file simultaneous response briefs on September 11, 2015

The Court hereby ORDERS the parties to submit briefs according to the parties' proposed schedule outlined above.  Oral argument will be scheduled if necessary, but no hearing will be scheduled at this time.  In addition, the status conference scheduled for August 21, 2015 is hereby VACATED.

IT IS SO ORDERED.

Dated:  August 18, 2015

UNITED STATES DISTRICT JUDGE

2