IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEAMASTER LOGISTICS, INC., SUMMIT ) <br> LOGISTICS INTERNATION, INC., KESCO ) <br> CONTRAINER LINE, INC.;, KESCO ) <br> SHIPPING, INC., and DOES 1 through ) <br> 20, ) <br> ) <br> Defendants. ) | Case Nos. 11-cv-02861-SC <br> 10-cv-05591-SC <br><br> ORDER SETTING PAGE LIMITS <br> <u>FOR RESPONSE BRIEFS</u> |

On March 21, 2013, following a trial, the District Court issued its Findings of Facts and Conclusions of Law in a single opinion covering two consolidated cases: the "Freight Case" (No. 10-cv-05591-SC) and the "Trucking Case" (No. 11-cv-2861-SC). Defendants SeaMaster and Summit appealed the Judgment in the Trucking Case, and Plaintiff Mitsui O.S.K. Lines ("MOL") cross-appealed.  On July 6, 2015, the Ninth Circuit issued a Memorandum Disposition affirming the finding of misrepresentation against SeaMaster and Summit, reversing the damages award to MOL and remanding for recalculation, reversing the award of attorney's fees to MOL, reversing the dismissal of MOL's RICO claim and remanding the RICO issues for further proceedings, and affirming the Court's conclusions on alleged co-conspirator liability.

On August 14, 2015, the parties issued a joint case management

statement. ECF No. 337. The joint statement requested that the Court set the following briefing schedule for the issues pending on remand:

- MOL and SeaMaster/Summit to file simultaneous opening briefs on the issues pending on remand by September 4, 2015
- MOL and SeaMaster/Summit to file simultaneous response briefs on September 11, 2015

On August 18, 2015 the Court granted the parties' proposed briefing schedule. ECF No. 338. Pursuant to that order, the parties submitted their opening briefs on September 4, 2015. ECF Nos. 341, 342. The brief submitted by Defendants totaled 22 pages. The brief submitted by Plaintiff totaled 62 pages. Response briefs are due on September 11, 2015.[1]

Any further discussion of nonessential facts and other extraneous musings being unnecessary and a waste of resources, the Court hereby ORDERS the parties to limit their response briefs to 20 pages. The parties should focus their briefs on the essential issues before the Court on remand. 20 pages is more than enough space to present cogent and concise arguments on the relevant issues.

IT IS SO ORDERED.

Dated: September 9, 2015

UNITED STATES DISTRICT JUDGE

---

[1] The Court denied the parties' request to extend the briefing schedule on September 8, 2015. ECF No. 343.